## RHODE ISLAND STATE NURSES ASSOCIATION

v.

## Marlene SWANSON.

### No. 80–421–A.

Supreme Court of Rhode Island.

June 11, 1981.

Cobleigh, Fleury & Watt, Richard E. Fleury, Warwick, for plaintiff.

John F. Flynn, Providence, Bruce N. Cameron, National Right to Work Legal Defense Foundation, Inc., Springfield, Va., for defendant.

## ORDER

The motion of John F. Flynn for admission as counsel pro hac vice is granted.

WEISBERGER, J., did not participate.

## SHELTER HARBOR FIRE DISTRICT et al.

v.

## Louis H. PASTORE, Jr.

### No. 81–206–M.P.

Supreme Court of Rhode Island.

June 11, 1981.

Frank S. Cappuccio, Westerly, for petitioners.

Harold B. Soloveitzik, Longolucco & Lenihan, F. Thomas Lenihan, Westerly, for respondent.

## ORDER

The petition for writ of certiorari is denied.

## STATE

v.

## James J. DESORCY.

### No. 81–241–M.P.

Supreme Court of Rhode Island.

June 11, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for plaintiff-respondent.

John F. Cicilline, Providence, for defendant-petitioner.

## ORDER

The petition for writ of habeas corpus is denied.